# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP G. MARIN, | CV F   05-00714 REC SMS HC |
| Petitioner, | ORDER STRIKING DOCUMENT # 5 |
| v. | [Doc. 5] |
| PEOPLE OF THE STATE OF CALIFORNIA, | |
| Respondents. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Petitioner filed the instant petition for writ of habeas corpus on June 3, 2005.  On June 20, 2005, Petitioner filed a document entitled "Request and Confirmation of Receipt of Petitioner's Response to Magistrate's Recommendation of Dismissal of Removal to Federal Jurisdiction."  Petitioner placed the case number for this action on the document.  However, after reviewing the document it is clear that Petitioner is referencing a different action.  A review of the Court's Docket indicates that Petitioner has filed or been involved in two other civil cases in this Court.  To the extent Petitioner is attempting to file the document in one of those actions, he must resubmit it with the appropriate case number.

Accordingly, it is HEREBY ORDERED that Court Document # 5, is STRICKEN from the record.

1

1  IT IS SO ORDERED.

2  **Dated:    August 8, 2005**           　　　　　 **/s/ Sandra M. Snyder**
   icido3                                   UNITED STATES MAGISTRATE JUDGE

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28