UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PHILIP G. MARIN, | ) | 1:05-cv-00714-REC-SMS-HC |
| | ) | |
| Petitioner, | ) | **ORDER ADOPTING FINDINGS AND** |
| | ) | **RECOMMENDATION** (Doc. 6) |
| v. | ) | |
| | ) | **ORDER DENYING PETITION FOR** |
| PEOPLE OF THE STATE OF CALIFORNIA, | ) | **WRIT OF HABEAS CORPUS** |
| | ) | |
| | ) | **ORDER DIRECTING CLERK TO ENTER** |
| Respondent. | ) | **JUDGMENT FOR RESPONDENT,** |
| | ) | **TERMINATING ACTION** |

Petitioner is a state prisoner proceeding pro se with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.

On August 8, 2005, the Magistrate Judge filed Findings and Recommendation that the Petition for Writ of Habeas Corpus be DENIED, and that the Clerk of Court enter judgment, terminating this action.  These Findings and Recommendation were served on all parties and contained notice that any objections were to be filed within thirty (30) days from the date of service of that order.  To date, the parties have not filed timely objections to the Findings

1

Recommendation.[1]

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's Findings and Recommendation are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation, filed August 8, 2005, are ADOPTED IN FULL;

2. The Petition for Writ of Habeas Corpus is DENIED; and,

3. The Clerk of Court enter judgment for respondent.

IT IS SO ORDERED.

**Dated:  September 19, 2005**            /s/ Robert E. Coyle
668554                                   UNITED STATES DISTRICT JUDGE

---

[1] The United States Postal Service returned the order served on Petitioner on August 31, 2005, as undeliverable. A notation on the envelope indicated: Return to Sender - Out of Custody. However, Petitioner has not notified the court of any change in his address. Absent such notice, service at a party's prior address is fully effective. See Local Rule 83-182(f).

2